1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   DAVID BENNETT,                          )   No. C 13-3641 LHK (PR)
                                             )
12                      Petitioner,          )   JUDGMENT
                                             )
13        vs.                                )
                                             )
14   GOVERNMENT EMPLOYEE, etc.               )
                                             )
15                      Respondents.         )
     _____)

16

17        The court has dismissed the instant action.  A judgment of dismissal without prejudice is

18   entered.  The Clerk shall close the file.

19        IT IS SO ORDERED.

20   DATED:  ___12/4/13_____         *Lucy H. Koh*_____
                                           LUCY H. KOH
21                                         United States District Judge

22
23
24
25
26
27
28

Judgment
G:\PRO-SE\LHK\HC.13\Bennett641jud.wpd